Michael K. Friedland (SBN 157,217)
Michael.Friedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
Lauren.Keller@knobbe.com
Daniel C. Kiang (SBN 307,961)
Daniel.Kiang@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 949-760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant,
Oakley, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD ROBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OAKLEY, INC.<br><br>　　　　Defendants. | Case No. 2:18-cv-05116-PA-KS<br><br>The Honorable Percy Anderson<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OF DEFENDANT OAKLEY, INC.**<br><br>Hearing<br>Date:　October 1, 2018<br>Time:　1:30 pm<br>Ctrm.:　9A |

PLEASE TAKE NOTICE THAT on October 1, 2018 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Percy Anderson, Courtroom 9A of the United States District Court for the Central District of California, located at 305 W. 1st Street, Los Angeles, CA 90012, Defendant Oakley, Inc. ("Oakley") will and hereby does move to dismiss the complaint pursuant to 35 U.S.C. § 101.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 22, 2018.  The parties discussed in detail the basis for the intended motion to dismiss, but could not reach agreement.  This motion is based upon this Notice of Motion and the Memorandum of Points and Authorities filed concurrently herewith, any subsequently filed briefs and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  August 29, 2018      By: /s/ Lauren Keller Katzenellenbogen
                                  Michael K. Friedland
                                  Lauren Keller Katzenellenbogen
                                  Daniel C. Kiang

                                  Attorneys for Defendant,
                                  Oakley, Inc.

28902273

-1-